# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: John P. Parris<br>Attorney at Law, Bar No. 7479 | Case No. 2:21-ms-00167<br><br>ORDER OF SUSPENSION |

On March 2, 2022, this Court entered an Amended Order to Show Cause ("OSC"), served via Electronic Mail with a delivery date of March 2, 2022. The OSC provided Mr. Parris with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Parris. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that John P. Parris, Bar No. 7479, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 25th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 25th Day of April 2022, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Electronic Mail, at the following email address:

        John P. Parris

        Electronic Mail: john@johnparrislaw.com

/s/ Lorena Q.
Deputy Clerk
United States District Court,
District of Nevada